1  **JENNIFER L. COON**
   California State Bar No. 203913
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101
   Telephone: (619) 234-8467
4  Email: jennifer_coon@fd.org

5  Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10                   (HONORABLE LEO S. PAPAS)

11  UNITED STATES OF AMERICA,        )    Case No. 08MJ1729
                                     )
12              Plaintiff,           )
                                     )
13  v.                               )
                                     )    **NOTICE OF APPEARANCE**
14  REYNALDO ROJAS-SANCHEZ,          )
                                     )
15              Defendant.           )
    _____)

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of

18  California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance

19  replacing Linda Lopez as lead attorney in the above-captioned case.

20                                        Respectfully submitted,

21

22  Dated:  June 27, 2008                  /s/ JENNIFER L. COON
                                          Federal Defenders of San Diego, Inc.
23                                        Attorneys for Defendant
                                          jennifer_coon@fd.org
24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

3    information and belief, and that a copy of the foregoing document has been caused to be delivered this day

4    upon:

5            Courtesy Copy Chambers

6            Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

7

8    Dated:  June 27, 2008                    /s/ JENNIFER L. COON
                                              Federal Defenders of San Diego, Inc.
9                                             225 Broadway, Suite 900
                                              San Diego, CA 92101-5030
10                                            (619) 234-8467  (tel)
                                              (619) 687-2666 (fax)
11                                            jennifer_coon@fd.org (email)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28