AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JUN 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| REYNALDO ROJAS-SANCHEZ | CASE NUMBER: 08CR 2167-LAB |

   I, <u>REYNALDO ROJAS-SANCHEZ</u>, the above named defendant, who is accused of committing the following offense:

   Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  6/30/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Reynaldo Rojas Sanchez_
Defendant

_Jennifer C._
Counsel for Defendant

Before _____
JUDICIAL OFFICER